IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAROUANE BAH, | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) Civil Action No. |
| VERIZON NEW ENGLAND, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

Defendant, Equifax Inc., by Counsel, hereby files this Notice of Removal of this action from the Middlesex County Superior Court, Massachusetts, wherein it is now pending as Case No. 1781cv0568, to the United States District Court for the District of Massachusetts. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1. An amended complaint was filed on May 4, 2017 in the Middlesex County Superior Court, Massachusetts in the action *Bah v. Verizon New England, Inc., et al.,* Case No. 1781cv0568 (the "State Court Action") which added Equifax Inc. as a defendant.

2. Equifax Inc. was served with the Complaint on July 31, 2017.

3. This Notice is being filed with this Court within thirty (30) days after Equifax Inc. was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

  (a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint, ¶¶ 41 – 43).

  (b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

6. Attached hereto, as **Exhibit A**, are copies of the Summons and Complaint served upon Equifax Inc. in the State Court Action.

7. All Defendants consent to the removal of this case. Attached hereto, as **Exhibit B**, are copies of the Consents of codefendants Verizon New England, Inc., Verizon Online LLC, and Experian Information Solutions, Inc.

8. Promptly after the filing of this Notice of Removal, Equifax Inc. shall give written notice of the removal to Plaintiff and to the Clerk of the Middlesex County Superior Court of Massachusetts, Woburn Division, as required by 28 U.S.C. § 1446(d). A copy of this Notice to State Court of Removal is attached as **Exhibit C.**

WHEREFORE, Equifax Inc. requests that the above-described action be removed to this Court.

Respectfully submitted this 18th day of August, 2017.

            /s/Kristopher I. Moore
            Kristopher I. Moore (BBO# 681869)
            Robinson & Cole LLP
            One Boston Place, 25th Floor
            Boston, MA 02108-4404
            Tel: 617-557-5900
            Fax: 617-557-5999
            Email: kmoore@rc.com

            Counsel for Defendant Equifax Inc.

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  I further certify that I served a copy of the foregoing, together with all attachments, to:

Michael Satterwhite (*via U.S. mail*)
The Satterwhite Law Firm, P.C.
PO Box 569
Revere, MA 02151

Samuel Kennedy-Smith (*via e-mail*)
Tucker, Saltzman, Dyer & O'Connell, LLP
50 Congress Street
Boston, MA 02109
*kennedy-smith@tsd-lawfirm.com*

Laura E. Diss (*via e-mail*)
Jones Day
100 High Street, 21st Floor
Boston, MA 02110-1781
*ldiss@jonesday.com*

　　　　　　　　　　　　　　　　　　　　　*/s/Kristopher I. Moore*
　　　　　　　　　　　　　　　　　　　　　Kristopher I. Moore