UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAROUANE BAH,
    Plaintiff,

v.                                                  Civil Action No. 1:17-cv-11553-IT

VERIZON NEW ENGLAND INC.,
VERIZON ONLINE LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.; and
EQUIFAX INFORMATION SERVICES, LLC,
    Defendants.

## SETTLEMENT ORDER OF DISMISSAL

TALWANI, D.J.

The court having been advised on July 30, 2018, that the above-entitled action has been settled;

**IT IS ORDERED** that the action against defendants is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

**Dated: July 31, 2018**                                                  /s/Gail A. Marchione,
                                                                                       **Courtroom Deputy Clerk**